ALLEY *v.* DAVIS, superintendent of banks, *et al.*

HILL, J. 1. Under the allegations of the petition the court did not err in overruling the demurrer and in refusing to dismiss the action.

2. Neither was there error in continuing the temporary restraining order in force until further order of the court. *Hines* v. *Lavant,* 158 *Ga.* 336 (5) (123 S. E. 611). And see *Dixon* v. *Monroe,* 112 *Ga.* 158 (37 S. E. 180). *Judgment affirmed. All the Justices concur.*

No. 9004. NOVEMBER 17, 1932.

*J. C. & H. E. Edwards,* for plaintiff in error.
*C. H. Edwards, contra.*